# EXHIBIT A

## DEFENDANT TERENCE RICHARD McAULIFFE'S CONSENT TO REMOVAL

Defendant Terence Richard McAuliffe hereby joins in and consents to the removal of the action styled as *Xia Bi, Nian Chen, Yuanyuan Chen, Qingli Cheng, Ying Cheng, Dongsheng Hu, Jun Huang, Kui Le, Chunsheng Li, Zhonghui Li, Lin Lin, Lan Liu, Ling Liu, Zheng Qin, Meiming Shen, Yunping Tan, Bixiang Tang, Xiaonan Tang, Chun Wang, Rui Wang, Yahong Wang, Yue Wang, Jian Wu, Lei Yan, Junping Yao, Jin You, Zhen Yu, Houqian Yu, Nianqing Zhang, Xuemei Zhang, Huibin Zhao and Yan Zhao v. Terry McAuliffe, Anthony Rodham, Xiaolin "Charles" Wang, American Immigration Center, LLC, Capital Wealth Holdings, Limited, Greentech Automotive Capital A-3 GP, LLC, Greentech Automotive, Inc., Gulf Coast Funds Management, LLC, WM Industries Corporation, and Does 1-100*, from the Circuit Court of Fairfax County, where it is pending as Case No. 2017-16552, to the United States District Court for the Eastern District of Virginia, Alexandria Division.

Marc Erik Elias (*pro hac vice* to be filed)
Bruce V. Spiva (*pro hac vice* to be filed)
Amanda R. Callais (VSB No. 85891)
Perkins Coie, LLP
700 13th St. N.W., Suite 600
Washington, D.C. 20005-3960
Phone: (202) 434-1627
Fax: (202) 654-9106
Email: MElias@perkinscoie.com
Email: BSpiva@perkinscoie.com
Email: ACallais@perkinscoie.com

*Attorneys for Defendant Terence R. McAuliffe*