FILED: July 9, 2019

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 18-2194

XIA BI; NIAN CHEN; YUANYUAN CHEN; YING CHENG; JUN HUANG; KUI LE; CHUNGSHENG LI; ZHONGHUI LI; LIN LIN; LAN LIU; MEIMING SHEN; YUNPING TAN; BIXIANG TANG; CHUN WANG; RUI WANG; YAHONG WANG; YUE WANG; JIAN WU; LEI YAN; JUNPING YAO; JIN YOU; ZHEN YU; HOUQIAN YU; NIANQING ZHANG; XUEMEI ZHANG; HUIBIN ZHAO; YAN ZHAO,

        Plaintiffs – Appellants,

v.

TERRY MCAULIFFE; ANTHONY RODHAM,

        Defendants – Appellees

and

XIAOLIN "CHARLES" WANG; DOES 1-100,

        Defendants.

O R D E R

The Court amends its opinion filed June 12, 2019, as follows:

The caption of this case is amended to comport with the amended complaint filed in the district court on April 11, 2018.

For the Court – By Direction

/s/ Patricia S. Connor, Clerk
